**Rex J. Roldan, Esquire (RR7961)**
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425   Fax (856) 232-1025
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| In Re: | : | |
| | : | Case No.: 17-19054 (ABA) |
| NICOLE M. TALTON, | : | |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |

**NOTICE OF MOTION TO VACATE DISMISSAL OF CHAPTER 13 CASE**

Debtor, Nicole M. Talton, by and through her attorney, Rex J. Roldan, Esquire, has filed papers with the Court to Vacate Dismissal of her Chapter 13 case.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to vacate dismissal of debtor's Chapter 13 case, or if you want the Court to consider your views on the motion, then within seven (7) days prior to the date of the scheduled hearing, you or your attorney must:

File with the Court a written response or answer, explaining your position at:

> Clerk, United States Bankruptcy Court
> Federal Building & U.S. Post Office
> 401 Market Street
> Camden, NJ 08101

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

| | |
|---|---|
| Law Offices of Rex J. Roldan, P.C. | Isabel C. Balboa, Esquire |
| Washington Professional Campus | Chapter 13 Standing Trustee |
| 900 Route 168, Suite I-4 | 535 Route 38, Suite 580 |
| Turnersville, NJ 08012 | Cherry Hill, NJ 08002 |

Attend the hearing scheduled to be held on **Tuesday, January 8, 2019, at 10:00 a.m.** in Courtroom 4B, United States Bankruptcy Court, Mitchell H. Cohen U.S. Courthouse, 400 Cooper Street, 4th Floor, Camden, NJ 08101.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

### **STATEMENT THAT NO BRIEF IS NECESSARY**

It is asserted that no Brief is necessary as there exist no unique issues of law pertaining to this Application.

A proposed form of Order is filed and served herewith.

                                                      /s/ Rex J. Roldan
                                                    Rex J. Roldan, Esquire

Dated: December 12, 2018

C:\Legal\bank\3594rr\vacate_dismissal_nom.wpd